IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00838-GCM

| | |
|---|---|
| RANJITH KUMAR NOMULA<br>SINDHURA PALLY,<br><br>**Plaintiff,**<br><br>v.<br><br>UR MENDOZA JADDOU<br>DONNA CAMPAGNOLO<br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES<br>LOREN K. MILLER,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning James O. Hacking (Doc. No. 3).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Hacking is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs Sindhura Pally and Ranjith Kumar Nomula.

**IT IS SO ORDERED**.

Signed: September 23, 2024

Graham C. Mullen
United States District Judge